UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 07 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                             DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Jimmy ANGULO,<br>  aka Niteowl,<br><br>        Defendant. | CASE NO. 19MJ2380<br><br>Complaint for Violation<br>of: Title 21, U.S.C., § 841(a)(1)<br><br>Possession with Intent to Distribute<br>Methamphetamine |

The undersigned complainant, being duly sworn, states:

On February 1, 2019, within the Southern District of California, defendant Jimmy ANGULO, aka Niteowl, did knowingly and intentionally possess, with intent to distribute, 5 grams and more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

This complaint is based on the attached affidavit, which is incorporated herein by reference.

BENJAMIN PECK
Task Force Officer,
Violent Crimes Task Force

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 6 DAY OF JUNE 2019.

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Benjamin Peck, being duly sworn, declare and state:

1. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am a police officer with the City of National City and have been so employed since September 2012. Since January 2017, I have been assigned as a Detective to the FBI Violent Crimes Task Force–Gang Group (VCTF-GG) and have been deputized as a Task Force Officer with the FBI. The VCTF-GG is responsible for the investigation of various gang-related crimes including conspiracy, narcotics, violent crime, prostitution, pimping, and human trafficking. Since my assignment at the VCTF-GG, I have investigated organized criminal conspiracy groups and narcotics distribution organizations including the Mexican Mafia and Sureño street gangs working under the direction of the Mexican Mafia. I have also had the opportunity to work alongside Mexican Mafia and Sureno street gang experts who have provided me with extensive and detailed knowledge of how those criminal enterprises operate.

2. This affidavit is being submitted in support of a criminal complaint charging Jimmy ANGULO, aka "Niteowl," with a violation of Title 21, United States Code, Section 841(a)(1) – possession with intent to distribute methamphetamine. The information in this affidavit has been relayed to me by the law enforcement officers who participated in the events described below.

3. On February 1, 2019, National City Police Officer Davis observed a GMC Yukon commit a violation of California Vehicle Code 22106 – unsafe backing. The violation occurred in the 2200 block of I Avenue, National City, California. After observing the driver of the Yukon commit the violation, Officer Davis then observed the Yukon park in front of the residence at 2223 I Avenue, National City. Officer Davis and his partner (Officer Cardoza) got out of their patrol vehicle and walked toward the Yukon. As the officers approached the Yukon, the driver and sole occupant of the Yukon, later identified as Jimmy ANGULO, aka "Niteowl," got out of the vehicle.

4. Officer Cardoza asked ANGULO if he had any weapons on him and ANGULO replied that he had a knife in his abdomen area. Officer Cardoza removed the knife and patted down ANGULO

to make sure he had no additional weapons. Officer Cardoza then asked ANGULO to sit on the front bumper of his patrol vehicle.

5. The officers conducted a records check for ANGULO and learned that he had a suspended/revoked driver's license. The records check further revealed that ANGULO was on bail for a pending felony domestic violence case.

6. Prior to impounding the Yukon (which is required under the California Vehicle Code because it was being driven by someone whose license was suspended/revoked), officers conducted a search of the vehicle. That search resulted in the seizure of approximately 7 grams of methamphetamine, approximately 23 grams of cocaine, a digital scale, drug packaging materials, drug ledger or pay-owe sheets and ten cellular telephones. ANGULO also had $208 in cash in his pants pocket. ANGULO informed the officers that the Yukon belonged to him.

7. Given the amount of methamphetamine, the presence of a digital scale and multiple pay-owe sheets, I believe that ANGULO possessed the approximately 7 grams of methamphetamine for the purpose of distribution.

Sworn to and subscribed before me this __6__ day of June 2019.

_____
The Honorable William V. Gallo
United States Magistrate Judge

_____
BENJAMIN PECK
Task Force Officer
Violent Crimes Task Force